**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WEBER,<br><br>　　　　Plaintiff,<br><br>  vs.<br><br>PEROT SYSTEMS CORPORATION, a Corporation; PEROT SYSTEMS GOVERNMENT SERVICES INC., a Corporation; LLOYD NELSON, an individual; JACK RAMSEY, an individual; RICHARD SOPKOWIAK, an individual; STEVEN GIGEL, an individual; and Does 1 through 10,<br><br>　　　　Defendants.                                    / | No. C-06-7659 MEJ<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** |

　　　Due to the Court's upcoming February criminal calendar, the Court hereby continues the hearing on Defendant's Motion to Dismiss and Strike Portions of Plaintiff's Complaint, originally scheduled for February 1, 2007, to March 15, 2007, at 10:00 A.M., Courtroom B., 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

　　　**IT IS SO ORDERED.**

Dated: January 25, 2007

　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge