**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN WEBER,

          Plaintiff,

  vs.

PEROT SYSTEMS CORPORATION, a
Corporation; PEROT SYSTEMS
GOVERNMENT SERVICES INC., a
Corporation; LLOYD NELSON, an individual;
JACK RAMSEY, an individual; RICHARD
SOPKOWIAK, an individual; STEVEN GIGEL,
an individual; and Does 1 through 10,

          Defendants.
_____/

No. C-06-7659 MEJ

**ORDER CONTINUING HEARING ON
DEFENDANT'S MOTION TO DISMISS
AND STRIKE PORTIONS OF
PLAINTIFF'S COMPLAINT**

     Due to the Court's upcoming February criminal calendar, the Court hereby continues the

hearing on Defendant's Motion to Dismiss and Strike Portions of Plaintiff's Complaint, originally

scheduled for February 1,2007,  to March 15, 2007, at 10:00A.M., Courtroom B., 15th Floor, 450

Golden Gate Avenue, San Francisco, California.

    **IT IS SO ORDERED.**

Dated: January 25, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge