IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WEBER,<br><br>          Plaintiff,<br><br>  vs.<br><br>WEBER SYSTEMS, et al.,<br><br>          Defendants.<br>_____ / | No. C-06-7659 MEJ<br><br>**ORDER CONTINUING HEARING ON DEFENDANT RICHARD SOPKOWIAK'S MOTION TO DISMISS FOR LACK OF JURISDICTION** |

The Court hereby continues the hearing on Defendant's Motion to Dismiss for Lack of Jurisdiction to April 5, 2007. The hearing will be held at 10:00 a.m. in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 14, 2007

MARIA-ELENA JAMES
United States Magistrate Judge