IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WEBER, | No. C-06-7659 MEJ |
| Plaintiff, | **ORDER CONTINUING DEFENDANT PEROT SYSTEM CORPORATION'S MOTIONS TO DISMISS AND STRIKE** |
| vs. | |
| PEROT SYSTEMS CORPORATION, et al., | |
| Defendants. | |

The Court hereby continues the hearing on Defendant's Motion to Dismiss and Strike. The hearing will be held on April 5, 2007 at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

All

**IT IS SO ORDERED.**

Dated: March 14, 2007

MARIA-ELENA JAMES
United States Magistrate Judge