```
1   JO ANNA L. BROOKS (SBN 182986)
    NICHOLAS T. HUA (SBN 231035)
2   ANNE V. LEINFELDER (SBN 230272)
    JACKSON LEWIS LLP
3   199 Fremont Street, 10th Floor
    San Francisco, CA  94105
4   Telephone    415.394.9400
5   Facsimile:   415.394.9401

6   Attorneys for Defendants
    PEROT SYSTEMS CORPORATION and
7   PEROT SYSTEMS GOVERNMENT SERVICES, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WEBER,<br><br>        Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, a Corporation; PEROT SYSTEMS GOVERNMENT SERVICES, INC., a Corporation; LLOYD NELSON, an individual; JACK RAMSEY, an individual; RICHARD SOPKOWIAK, an individual; STEVEN GIGEL, an individual; and Does 1 through 10,<br><br>        Defendants. | Case No.:  C 06-07659 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; ADR CERTIFICATION**<br><br>Removal filed:    December 14, 2006<br>Trial:    Not Yet Assigned |

The undersigned parties stipulate to participate in the following ADR process:

<u>Court Processes:</u>

_____Arbitration  _____ENE  __X__Mediation

The parties would prefer the appointment of a mediator specializing in the mediation of employment-related disputes. We anticipate being prepared to mediate within the next 90 -120 days.

/ / /

/ / /

---
1
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;
ADR CERTIFICATION                                                                  Case No. C0-07659 MEJ

Case 3:06-cv-07659-MEJ Document 34 Filed 03/14/2007 Page 2 of 5
Case 3:06-cv-07659-MEJ Document 34 Filed 03/14/2007 Page 2 of 5
FEB-28-2007 23:51       415 436 6927        415 436 6927        P.04

1  Dated: March ___, 2007          LAW OFFICES OF JODY A. MEISEL
2
3
4
5                                  By: _____
                                       Jody A. Meisel
6
                                       Attorney for Plaintiff
7                                      SHAWN WEBER

8  Dated: March 1, 2007            ~~U.S. DEPARTMENT OF JUSTICE~~
                                   SCOTT N. SCHOOLS
9                                  U.S. ATTORNEY
10
11                                 By: _____
                                       ~~Owen Martikan~~, AUSA
12
                                       Attorney for United States of America
13

14 Dated: March 1, 2007            JACKSON LEWIS LLP
15
16
17                                 By: _____
                                       JoAnna L. Brooks
18                                     Anne V. Leinfelder

19                                     Attorneys for Defendants
20                                     PEROT SYSTEMS CORPORATION and
                                       PEROT SYSTEMS GOVERNMENT SERVICES,
21                                     INC.

22 **IT IS SO ORDERED:**

23
24 Dated: March 14, 2007
25                                 _____
                                   MARIA-ELENA JAMES
26                                 UNITED STATES MAGISTRATE JUDGE

*GRANTED — Judge Maria-Elena James*

---

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS;
ADR CERTIFICATION                                            Case No. C0-07659 MEJ

                                                             TOTAL P.04

| | | |
|---|---|---|
| Dated: March 1, 2007 | | LAW OFFICES OF JODY A. MEISEL |

By: _Jody A. Meisel_ (signature)
Jody A. Meisel

Attorney for Plaintiff
SHAWN WEBER

Dated: March ___, 2007     U.S. DEPARTMENT OF JUSTICE

By: _____
Owen Martikan

Attorney for United States of America

Dated: March ___, 2007     JACKSON LEWIS LLP

By: _____
JoAnna L. Brooks
Anne V. Leinfelder

Attorneys for Defendants
PEROT SYSTEMS CORPORATION and
PEROT SYSTEMS GOVERNMENT SERVICES, INC.

IT IS SO ORDERED:

Dated: _____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site (www.adr.cand.uscourts.gov), discussed the available dispute resolution options provided by the court and private entities with their respective clients, and considered whether this case might benefit from any of them.

Dated: March ___, 2007          LAW OFFICES OF JODY A. MEISEL


                                By: _____
                                    Jody A. Meisel

                                Attorneys for Plaintiff
                                SHAWN WEBER


Dated: March 1, 2007            ~~U.S. DEPARTMENT OF JUSTICE~~
                                SCOTT N. SCHOOLS
                                US ATTORNEY

                                By: _____
                                    Owen Martikan, AUSA

                                Attorney for the United States of America


Dated: March 1, 2007            JACKSON LEWIS LLP


                                By: _____
                                    JoAnna L. Brooks
                                    Anne V. Leinfelder

                                Attorneys for Defendants
                                PEROT SYSTEMS CORP. AND PEROT
                                SYSTEMS GOVERNMENT SERVICES

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;
ADR CERTIFICATION                                              Case No. C0-07659 MEJ

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site (www.adr.cand.uscourts.gov), discussed the available dispute resolution options provided by the court and private entities with their respective clients, and considered whether this case might benefit from any of them.

Dated: March 1, 2007   LAW OFFICES OF JODY A. MEISEL

By: _____
Jody A. Meisel

Attorneys for Plaintiff
SHAWN WEBER

Dated: March ___, 2007   U.S. DEPARTMENT OF JUSTICE

By: _____
Owen Martikan

Attorney for the United States of America

Dated: March ___, 2007   JACKSON LEWIS LLP

By: _____
JoAnna L. Brooks
Anne V. Leinfelder

Attorneys for Defendants
PEROT SYSTEMS CORP. AND PEROT SYSTEMS GOVERNMENT SERVICES

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;
ADR CERTIFICATION                                              Case No. C06-07659 MEJ