IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WEBER, | No. 06-7659 MEJ |
| Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PEROT SYSTEMS CORPORATION, et al., | |
| Defendants. | |

The Case Management Conference originally scheduled for March 22, 2007 is hereby rescheduled. The new date for this matter is April 12, 2007 at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 19, 2007

MARIA-ELENA JAMES
United States Magistrate Judge