IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WEBER, | No. C-06-7659 MEJ |
| Plaintiff, | **ORDER DISMISSING DEFENDANT RICHARD SOPKOWIAK WITHOUT PREJUDICE** |
| vs. | |
| PEROT SYSTEMS, et al., | |
| Defendants. / | |

   Pursuant to the hearing held on April 5, 2007, Defendant Richard Sopkowiak is hereby dismissed from this matter without prejudice.

**IT IS SO ORDERED.**

Dated: September 30, 2007

MARIA-ELENA JAMES
United States Magistrate Judge